UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. D'SANT ANGELO,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN GUILLERMO GARCIA,<br>CALIFORNIA CORRECTIONAL<br>WARDEN, STATE OF CALIFORNIA,<br>GUYSON - a Correctional Officer,<br><br>    Defendants. | Case No. EDCV 13-895 GHK (FFM)<br><br>JUDGMENT |

Pursuant to the September 12, 2013 Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge dismissing Warden Garcia and the State of California from the Complaint and the January 26, 2014 Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge dismissing the action without prejudice,

IT IS ADJUDGED that plaintiff take nothing by her Complaint and that this action is dismissed without prejudice.

DATED:   2/2/14

                                   GEORGE H. KING
                             Chief United States District Judge